# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR79 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| GABINO FLORES-PADILLA, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's notice of withdrawal (Filing No. 28) of the previously filed motion for downward departure (Filing No. 25).

IT IS ORDERED:

1. The Defendant's notice of withdrawal (Filing No. 28) is granted; and

2. The Defendant's motion for downward departure (Filing No. 25) is deemed withdrawn and shall be terminated from the Court's pending motion list.

DATED this 24th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge